OPINION — AG — ** NURSES — RENEWAL OF LICENSES — PERSON DEEMED LICENSED WHILE AWAITING RENEWAL ** WHENEVER AN APPLICANT FOR A NURSING LICENSE RENEWAL MEETS THE STATUTORY REQUIREMENTS FOR APPLICATION UNDER 59 O.S. 1971 567.7 [59-567.7], THAT PERSON IS DEEMED LICENSED WHILE AWAITING RENEWAL OR RECEIPT OF CERTIFICATE OF RENEWAL. CITE: 75 O.S. 1971 314 [75-314] (ADMINISTRATIVE PROCEDURE ACT) CITE: 59 O.S. 1971 567.8 [59-567.8] (DAVID MCCURDY)